IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| **EITAN BARR**, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**MACYS.COM, LLC**, an Ohio limited liability company,<br><br>Defendant. | Case 8:23-cv-02695 |

**NOTICE OF RESOLUTION**

Plaintiff Eitan Barr ("Plaintiff"), for himself and on behalf of Defendant Macys.com, LLC ("Defendant" and together with Plaintiff, the "Parties"), with Defendant's notice and permission, hereby informs the Court that the Parties have reached a tentative resolution of all the Parties' differences and disputes in the above-captioned matte, on an individual (non-class) basis. The Parties anticipate that a notice of voluntary dismissal of Plaintiff's individual claims against Defendant will be filed in the next sixty (60) days. In the meantime, the Parties respectfully request that the Court vacate any and all pending deadlines and stay the case, and that the Court retain jurisdiction and not dismiss the matter at this time.

Dated: February 6, 2024

Respectfully submitted,

By: /s/ Avi R. Kaufman
Avi R. Kaufman
kaufman@kaufmanpa.com
**KAUFMAN P.A.**

2

>237 South Dixie Highway, 4th Floor
>Coral Gables, FL 33133
>Telephone: (305) 469-5881
>
>*Counsel for Plaintiff and the putative class*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing was served on all Parties and their counsel of record through the Court's CM/ECF filing system on February 6, 2024.
.

>By: /s/ Avi R. Kaufman

2